**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date: December 4, 2012          Deputy Clerk: Bernique Abiakam
                                                      Court Reporter: Mary George

Civil Action No.: 11-cv-02972-JLK-MJW

JOEL M. SMITH and
GLOBAL GENERATOR SOURCE, INC.,
a Colorado corporation,                      Stephen E. Kapnik
                                               Alan S. Thompson

      Plaintiffs,

v.

BALDOR ELECTRIC COMPANY,
a Missouri corporation,                         Peter G. Kumpe
                                              Karl L. Schock

      Defendant.

**COURTROOM MINUTES**

**Oral Argument**

**9:34 a.m.**      **Court in session.**

Court calls case. Appearances of counsel. Also present for Plaintiffs is Justin Plaskob.

Preliminary remarks by the Court.

9:35 a.m.      Argument by Mr. Kumpe.

10:00 a.m.      Argument by Mr. Kapnik.

10:15 a.m.      Rebuttal argument by Mr. Kumpe.

Comments and ruling by the Court.

**ORDERED:**     Defendant's Motion for Summary Judgment (Filed 8/20/12; Doc. No. 15) is taken UNDER ADVISEMENT.

**10:19 a.m.**      **Court in recess.**
Hearing concluded.
Time in court - 45 minutes.