**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-02972-JLK-MJW

JOEL M. SMITH and
GLOBAL GENERATOR SOURCE, INC.,
a Colorado corporation

       Plaintiffs,

v.

BALDOR ELECTRIC COMPANY,
a Missouri corporation,

       Defendant.

---

**ORDER RE: NOVEMBER 13, 2013 STATUS CONFERENCE**

---

THIS MATTER, comes before the Court on the parties' November 11, 2013, Joint Status Report (Doc. # 50) and the Status Conference conducted in open Court on November 13, 2013. The Court has reviewed its file, considered statements of counsel, and being fully advised, hereby finds that the parties have shown good cause for approval of the suggestions and agreements as set forth in the Joint Status Report.

It is therefore ORDERED as follows:

1. Second Amended Pretrial Order:  The Parties shall submit a Second Amended Pretrial Order on or before **April 1, 2014,** which:

    a. Incorporates a final list of stipulations, and a final exhibit list;

    b. Designates "will call" and "may call" witness lists, and designates any testimony to be presented at trial by deposition not appearing in the Amended Pretrial Order (Doc. # 39); (and, at the parties' option re-designates any deposition testimony previously designated in the Amended Pretrial Order);

   c. Adds Plaintiff's Expert to Plaintiff's Witness designations;

   d. Deletes the two special issues identified in Section 9 of the Amended Pretrial Order (Doc. # 39) and otherwise describes any new special issues that arise between now and April 1, 2014.

   e. Reflects the May 19, 2014, trial, and the May 1, 2014, Final Pretrial Conference;

   f. Reflects the parties' previous submission of jury instructions. The parties should be prepared to discuss and argue jury instructions at the May 1, 2014, Final Pretrial Conference; and

   g. Includes those sections of the Amended Pretrial Order (Doc. # 39) unchanged by the above.

   2. *Daubert* Motions. Deadline for filing motions objecting to any testimony of an expert witness based on the requirements of *Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), Kumho Tire Co. v. Carmichael, 526 U.S. 137 (1999), and their progeny* is **February 18**, **2014**. Responses are due on or before March 25, 2014; Replies on or before April 8, 2014. <u>Any objections not identified in a timely-filed motion or in accordance with Section 9 of the Second Amended Pretrial Order are deemed waived</u>. If an evidentiary hearing is required or desired say so and set forth the time needed for hearing.

   3. Any deadlines not included in this Order and otherwise set forth in the Amended Pretrial Order shall remain unchanged, except that any deadlines based on or calculated from a trial or pretrial conference date shall be based on or calculated from the new (May 19, 2014) trial date and new (May 1, 2014) Final Pretrial Conference date.

   DATED this 13th day of November, 2013.

           BY THE COURT:

           s/John L. Kane
           SENIOR U.S. DISTRICT JUDGE