**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

---

Date:  May 1, 2014                            Deputy Clerk: Bernique Abiakam
                                              Court Reporter: Janet Coppock

---

Civil Action No.: 11-cv-02972-JLK

JOEL M. SMITH, and
GLOBAL GENERATOR SOURCE, INC., a
Colorado corporation,                         Stephen E. Kapnik
                                              Alan S. Thompson


            Plaintiffs,

v.

BALDOR ELECTRIC COMPANY, a
Missouri corporation,                         Karl L. Schock
                                              Peter G. Kumpe


            Defendant.

---

**COURTROOM MINUTES**

---

**Trial Preparation Conference**

**2:00 p.m.       Court in session.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

**ORDERED:  Baldor Electric Company's Motion To Exclude The Plaintiffs' Expert**
**              Witness, Steven J. Hazel, And combined Statement In Support (Filed**
**              2/3/2014; Doc. No. 53) is DENIED.**

**ORDERED:  Plaintiffs' Motion To Enlarge Discovery Deadline, Or In the**
**              Alternative Motion To Permit Introduction Of Testimony From**
**              Plaintiffs' Expert [Rebuttal] Witness, Steven J. Hazel, In Plaintiffs'**
**              Case in Chief (Filed 3/18/2014; Doc. No. 57) is GRANTED.**

Discussion regarding objections to deposition designations and exhibits.

*11-cv-02972-JLK*
*Trial Preparation Conference*
*May 1, 2014*

**ORDERED:   Demonstrative exhibits shall be exchanged no less than 3 days prior
                   to the start of trial.**

Comments by the Court regarding voir dire, jury selection, witnesses and exhibits, jury notebooks, and opening statements.

**2:54 p.m.        Court in recess.**
Hearing concluded.
Time in court - 00:54