IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-02972-JLK

JOEL M. SMITH and
GLOBAL GENERATOR SOURCE, INC.,
a Colorado corporation,

      Plaintiffs,

v.

BALDOR ELECTRIC COMPANY,

      Defendant.

---

STIPULATION AND ORDER GOVERNING THE CUSTODY AND DISPOSITION
OF TRIAL EXHIBITS, DEPOSITIONS, TRANSCRIPTS, AND PAPERS

---

      Following the completion of trial, the parties stipulate:

      1. That counsel for each party shall retain custody of all exhibits, depositions, transcripts, or papers identified, offered, or admitted at trial by that party until 60 days after the time of appeal from this court has expired, or if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter; and

      2. That during any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits and transcripts in its custody available to the appealing party for filing with the appellate court.

      DATED at Denver, Colorado this 22 day of May 2014.

                                        BY THE COURT:

_____
John L. Kane, Senior Judge
United States District Court

_____      _____
Counsel for Plaintiffs                            Counsel for Defendant