**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 11-cv-02972-JLK-MJW

JOEL M. SMITH and
GLOBAL GENERATOR SOURCE, INC.,
A Colorado corporation,

    Plaintiffs,

v.

BALDOR ELECTRIC COMPANY,
a Missouri corporation,

    Defendant.

---

## FINAL JUDGMENT

---

    This matter was tried on May 19, 2014, through May 23, 2014, before a jury of twelve duly sworn to try the issues herein, the Honorable John L. Kane, Senior Judge, presiding. The trial proceeded to conclusion and the jury rendered its Verdicts. Accordingly, it is

    ORDERED that pursuant to Fed. R. Civ. P. , the following Judgment is hereby entered in favor of Defendant, BALDOR ELECTRIC COMPANY, and against the Plaintiffs, JOEL M. SMITH and GLOBAL GENERATOR SOURCE, INC. on the contract claim. It is

    FURTHER ORDERED that the parties shall pay their own costs.

   Dated at Denver, Colorado this 30th day of May, 2014.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

By:  s/   Bernique Abiakam, Deputy Clerk