**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 11-cv-02972-JLK-MJW

JOEL M. SMITH and
GLOBAL GENERATOR SOURCE, INC.,
A Colorado corporation,

    Plaintiffs,

v.

BALDOR ELECTRIC COMPANY,
a Missouri corporation,

    Defendant.

---

## FINAL JUDGMENT

---

This matter was tried on May 19, 2014, through May 23, 2014, before a jury of twelve duly sworn to try the issues herein, the Honorable John L. Kane, Senior Judge, presiding. The trial proceeded to conclusion and the jury rendered its Verdicts. Accordingly, it is

ORDERED that pursuant to Fed. R. Civ. P. , the following judgment is hereby entered in favor of Defendant, BALDOR ELECTRIC COMPANY, and against the Plaintiffs, JOEL M. SMITH and GLOBAL GENERATOR SOURCE, INC. on the contract claim. It is

FURTHER ORDERED that pursuant to and in accordance with the Findings of Fact and Conclusions of Law (Docket No. 95) entered by Judge John L. Kane on November 4, 2014, incorporated herein by reference, judgment shall enter for the

Defendant Baldor Electric Company on the Smith/Global's equitable claims and such claims are DENIED for the reasons stated and DISMISSED with prejudice. The Defendant shall have its costs awarded upon the filing of a Bill of Costs with the Clerk of the Court within 14 days of entry of Judgment.

Dated at Denver, Colorado this 4th day of November, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/   Bernique Abiakam, Deputy Clerk